No. 97–983. IN RE SEVER;

No. 97–1053. IN RE PERKEL;

No. 97–7074. IN RE OKEREKE;

No. 97–7125. IN RE BATES;

No. 97–7244. IN RE BATES; and

No. 97–7334. IN RE WARREN. Petitions for writs of mandamus and/or prohibition denied.

No. 97–930. BUCKLEY, SECRETARY OF STATE OF COLORADO *v.* AMERICAN CONSTITUTIONAL LAW FOUNDATION, INC., ET AL. C. A. 10th Cir. Certiorari granted.

No. 96–1988. SEARS, ROEBUCK & CO. ET AL. *v.* LONG. C. A. 3d Cir. Certiorari denied.

No. 96–2002. AMERITECH CORP. ET AL. *v.* RACZAK ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–7999. ROMAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 97–570. DUCHESNE COUNTY ET AL. *v.* UTE INDIAN TRIBE OF THE UINTAH AND OURAY RESERVATION. C. A. 10th Cir. Certiorari denied.

No. 97–576. BANDILA SHIPPING INC. ET AL. *v.* GHOTRA ET AL., MINORS, BY GHOTRA, THEIR GUARDIAN AD LITEM, ET AL.; and

No. 97–758. GHOTRA ET AL., MINORS, BY GHOTRA, THEIR GUARDIAN AD LITEM, ET AL. *v.* BANDILA SHIPPING INC. ET AL. C. A. 9th Cir. Certiorari denied. Reported below: 113 F. 3d 1050.

No. 97–698. LAYMAN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–720. SAIPAN HOTEL CORP., DBA HAFADAI BEACH HOTEL *v.* NATIONAL LABOR RELATIONS BOARD (two judgments). C. A. 9th Cir. Certiorari denied.

No. 97–741. BURLINGTON NORTHERN & SANTA FE RAILWAY CO. *v.* SMITH ET AL. C. A. 5th Cir. Certiorari denied.